ALEX G. TSE, CSBN 152348
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN CHEN, CSBN 256628
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MITCHELL,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:18-cv-02004-SK<br><br>STIPULATION FOR AN EXTENSION OF TIME OF 30 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 30 days to respond to Plaintiff's motion for summary judgment. This is the first continuance sought by Defendant and in this case. The current due date is September 28, 2018. The new due date will be October 29, 2018.

There is good cause for this request. Since the filing of Plaintiff's motion for summary judgment, Defendant's counsel has been addressing her full workload of district court cases and other matters. In addition, new matters that were not previously anticipated, had arisen in the last two weeks and have created some crowding of the briefing schedule around the due date of

1

1 | this case and in the next month, along with Defendant's counsel other cases. Thus, Defendant is
2 | respectfully requesting additional time up to and including October 29, 2018, to fully review the
3 | record and research the issues presented by Plaintiff's motion for summary judgment in this case.
4 | This request is made in good faith with no intention to unduly delay the proceedings. Defendant
5 | apologizes for the delay and any inconvenience caused by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: September 27, 2018          LAW OFFICES OF LAWRENCE D. ROHLFING

*s/ Young Cho by C.Chen\**
(As authorized by e-mail on 9/27/2018)
Young Cho
Attorney for Plaintiff

Date: September 27, 2018          ALEX G. TSE
                                  Acting United States Attorney

By *s/ Carolyn Chen*
CAROLYN CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: September 28, 2018         _____
                                  HON. SALLIE KIM
                                  UNITED STATES MAGISTRATE JUDGE